# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## DOCKET NO. 3:18-CV-573-FDW-DCK

| | | |
|---|---|---|
| **IONA FRANKLIN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARK T. ESPER,** | ) | |
| **Secretary of the Army,** | ) | |
| | ) | |
| **Defendant**. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 13) filed January 3, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference pursuant to Local Rule 16.1 within **fourteen (14) days** of funding being restored to the Department of Justice.

Signed: January 3, 2019

David C. Keesler
United States Magistrate Judge