UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00573-FDW-DCK

| | |
|---|---|
| IONA FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK T. ESPER, )<br>*Secretary of the Army* )<br>)<br>Defendant. )<br>)<br>)<br>) | ORDER |

THIS MATTER is before the Court on the parties' Joint Status Report and Motion to Lift Stay ("Joint Motion") (Doc. No. 35). For good cause shown, the stay entered in this case on July 18, 2019 (Doc. No. 32) is LIFTED. In addition, the Court liberally construes the pleading as a motion to amend the Complaint. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Motion to Amend is hereby GRANTED. As noted by the parties, since this matter is requesting the Court's review of an administrative decision, discovery will not be necessary, and this matter will be decided on the motions.

IT IS, THEREFORE, ORDERED:

- The Motion for Leave to Amend the Complaint is GRANTED, and Plaintiff shall file an Amended Complaint by **November 12, 2020**.

- Motions to Amend the Record shall be due within **twenty-eight (28) days** of the filing of Defendant's Answer to the Amended Complaint.

1

- Summary Judgement Motions are due within **twenty-eight (28) days** of filing the Motion to Amend Record.

- Responses and Replies by both parties shall be filed in accordance with the Local Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina.

IT IS SO ORDERED.

Signed: October 14, 2020

Frank D. Whitney
United States District Judge